UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In Re:
Michael J. Harrison                                  Case No. 10-69389
and Tammy L. Harrison                                Chapter 7
    Debtors,                      Hon. Phillip J. Shefferly
_____/

Michael J. Harrison
and Tammy L. Harrison

    Plaintiffs,

v.                                                   A.P. Case No. 10-06916

Co-op Services Credit Union,

    Defendant.
_____/

## REPORT OF PARTIES' RULE 26(f) CONFERENCE

    Pursuant to Fed. R. Bankr. P. 7026 and Fed. R. Civ. P. 26(f), a conference was held on December 9, 2010, by telephone and e-mail, and was participated in by:

    Nathaniel H. Herdt for Plaintiffs, Michael and Tammy Harrison
    Michelle Anzaldi for Defendant, Co-op Services Credit Union

1. Initial Disclosures required by Fed. R. Civ. P. 26(a)(1)
   The parties agree to waive the requirement.

2. Discovery Plan. The parties jointly propose to the Court the following discovery plan:
   a. Discovery will be needed on the following subjects:
      -The value of the property at 22550 Foxcroft, Woodhaven, Mi.
   b. All discovery commenced in time to be completed by March 9, 2011.
   c. Maximum of 25 interrogatories by each party to any other party. (Responses due 30 days after service.)
   d. Maximum of 25 requests for admission by each party to any other party. (Responses due 30 days after service.)
   e. Maximum of 2 depositions by each party.
   f. Each deposition limited to a maximum of 4 hours, unless extended through agreement of the parties.
   g. Reports from retained experts under Rule 26(a)(2) due:
      from plaintiff by February 8, 2011,
      from defendant by February 15, 2011.
3. Other Agreed Upon Items:
   a. Plaintiff shall be allowed until January 15, 2010 to join additional parties or amend the pleadings.

- b. Defendant shall be allowed until January 15, 2011 to join additional parties or amend the pleadings.
- c. All potentially dispositive motions should be filed by March 23, 2011.
- d. The proceeding should be ready for trial by April 13, 2011.  The trial is expected to take approximately 1/2 trial day.
- e. <u>Jury Trial Matters</u>
    - i. A jury trial was not timely demanded and is waived.
- f. The parties agree that this is a core proceeding.

For Plaintiff:

/s/ Nathaniel H. Herdt
Nathaniel H. Herdt (P68144)
William C. Babut, P. C.
700 Towner
Ypsilanti, Mi 48198
(734) 485-7000
nherdt@babutlaw.com

For Defendant:

/s/ Michelle L. Anzaldi
Michelle L. Anzaldi (P65462)
29550 Five Mile Road
Livonia, Mi 48151
(734) 466-6116
courtnotices@cscu.org